UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
THE UNITED STATES OF AMERICA

      -v-                                     NOTICE OF APPEARANCE

ENAYATULLAH KHWAJA,               18-CR-00607 (JFB)

                       Defendant.
--------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Joshua Kirshner, Esq., of Brafman & Associates, P.C., 767

Third Avenue, New York, NY 10017, is appearing for Defendant Enayatullah Khwaja in the

above-captioned matter.

                                                     ___/s/_____
                                                     Joshua Kirshner, Esq.
                                                       Brafman & Associates, P.C.
                                                      767 Third Avenue, 26th Floor
                                                      New York, NY 10017
                                                      Phone: (212) 750-7800
                                                      Fax: (212) 750-3906
                                                      E-mail: Jkirshner@braflaw.com

Dated: November 29, 2018
     New York, NY