# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN

JOSHUA D. KIRSHNER

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

February 19, 2020

VIA ECF
The Honorable Joan M. Azrack
United States District Court Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York  11722

Re:   United States v. Enayatullah Khwaja, a/k/a Nat Khwaja, 18 Cr 607 (JMA)

Dear Judge Azrack:

The defendant, Nat Khwaja, through his counsel, respectfully submits this letter to request, on consent, an adjournment of the trial date in this matter. With the full agreement of all counsel for the defendants[1] and counsel for the Government, we move to adjourn the trial date from its current date of September 21, 2020 to November 10, 2020. This request is to accommodate Mr. Khwaja's counsel's trial schedule in other matters. Thank you for your courtesy in this and all other matters.

Respectfully submitted,

Marc Agnifilo

cc:   All counsel (via ECF)

---

[1] Florian Miedel, Esq., newly appointed counsel for Roberto Saenz, does have a previously scheduled trial set to begin on November 2, 2020. Mr. Miedel informs us that his other matter is almost certain to be resolved in the near future and in the unlikely event that it should proceed to trial, it would require only a few weeks additional adjournment of the matter before this Court.